**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61807-EA**

**Esdras Jonathas Dos Santos,**

      Petitioner,

v.

**Todd Blanche,**
**Daren K. Margolin,**
**Markwayne Mullin,**
**Todd M. Lyons,**
**Garrett Ripa,**
**Juan F. Gonzalez,**
**Warden, Broward Transitional Center,**

      Respondents.

_____/

## ORDER DENYING PETITION FOR THE WRIT OF HABEAS CORPUS

This cause comes before the Court on the petitioner's petition for the writ of habeas corpus [ECF No. 1]. In the petition, the petitioner asserts that the respondents have violated the Fifth Amendment because the petitioner has a tooth infection and has refused the dental care the respondents offered to him since he believed this care was inadequate. ECF No. 1.

This claim, however, cannot be raised in a habeas petition. *See Nelson v. Campbell*, 541 U.S. 637, 643 (2004) (explaining that "constitutional claims that merely challenge the conditions of a prisoner's confinement" cannot be brought through a habeas petition, and must instead be brought pursuant to 42 U.S.C. § 1983, because they "fall outside of [the] core" of habeas proceedings); *Vaz v. Skinner*, 634 F. App'x 778, 781 (11th Cir. 2015) ("Petitioner's [habeas] petition is not the appropriate vehicle for raising an inadequate medical care claim, as such a claim challenges the conditions of confinement, not the fact or duration of that confinement."); *see also Quintero v.*

*Noem*, No. 2:26-cv-853-KCD-NPM, 2026 WL 886590, at \*1 (M.D. Fla. April 1, 2026) ("But when a detainee is lawfully held and instead challenges the way he is being treated—the conditions of his confinement—habeas is not available. The Supreme Court has drawn a firm line between the two. A claim that a facility cannot (or will not) accommodate a detainee's medical needs belongs in a civil rights action, not a habeas petition.").

Therefore, it is **ORDERED AND ADJUDGED**:

1. The petition [ECF No. 1] is **DENIED**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 6th day of July 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**David Alberto Rondon**
Law Offices of David Rondon PLLC dba Rondon Law Firm
980 N. Federal Hwy
Suite 110
Boca Raton, FL 33432
561-452-2444
Fax: 561-705-0121
Email: abogadorondon@gmail.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

2